UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NICOLE K. DERSE,

        Plaintiff,

STATE OF WISCONSIN DEPARTMENT
OF HEALTH SERVICES,

        Involuntary Plaintiff,

        v.                                Case No. 19-C-991

GT'S LIVING FOODS, LLC.,

        Defendant.

## ORDER DENYING PROTECTIVE ORDER

This case came before the court on a motion for protective order by GT'S Living Foods. The court having considered the brief of counsel and for the reasons set forth on the record at the telephone hearing on February 21, 2020;

**IT IS HEREBY ORDERED** that Defendant's motion for a Protective Order is denied.

**IT IS FURTHER ORDERED** that Defendant GT'S Living Foods, LLC f/k/a Millennium Products, Inc. shall sign a waiver or release permitting the disclosure of documents subject to a protective order in the *Muirhead vs Whole Foods Market Group* case, Dkt No OCN-L-3498-17, Superior Court of New Jersey Law Division, Ocean County to Plaintiff Nicole K. Derse subject to a protective order to be entered in this matter. The issue in this case is sufficiently similar to the information and the materials in the *Muirhead* case to justify disclosure during the discovery process.

**IT IS FURTHER ORDERED** that a copy of this order shall be served upon other interested parties in the above-referenced New Jersey case. Any party in the New Jersey action not represented herein who wishes to challenge the order shall seek intervention within the next 7 days.

Dated at Green Bay, Wisconsin this 21st day of February, 2020.

s/ William C. Griesbach
William C. Griesbach, District Judge
United States District Court